898 F.2d 142
 Roe (Jane), Moe (Mary), Nat. Abortion Rights Action League
of PA, Planned Parenthood of Southeastern PA, Elizabeth
Blackwell Health Center for Women, Reproductive Health and
Counseling Center, Women's Suburban Clinic, Allentown
Women's Center, N.E. Women's Center, Women's Med. Serv.,
Kline (Allen, Dr.)
v.
Oper. Rescue, Terry (Randall), Lisante (James P., Reverend),
Pro Life Nonviolent Action Project of Bronx, N.Y.,
Herlihy (Thomas), Pro Life Nonviolent Action
 NO. 89-1672
 United States Court of Appeals,
Third Circuit.
 FEB 07, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.